HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMISSION,<br><br>                              Plaintiff,<br><br>         v.<br><br>KARLHEINZ REDEKOPP,<br><br>                              Defendant. | No. 10-5557RBL<br><br><br>ORDER DENYING MOTION TO DISMISS [Dkt. #6] |

THIS MATTER is before the court on Defendant's Motion to dismiss plaintiff's complaint under Fed. R. Civ. P. 12(b)(5).  Defendant argues that service of process was not proper as he is a Canadian citizen.    Plaintiff demonstrates that service of process was proper under the Hague Convention.  The Motion to Dismiss [Dkt. #6] is therefore DENIED.

**IT IS SO ORDERED.**

Dated this 3rd day of December, 2010.


_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1